**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MONTOYA-CARRANZA, an individual | Case No.: 4:20-cv-08443-SBA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MAGISTRAGE JUDGE FOR ALL PURPOSES AND PROCEEDINGS** |
| CITY OF SAN PABLO, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by plaintiff LUIS MONTOYA-CARRANZA and defendants CITY OF SAN PABLO, NELSON, SMITH, WONG, HEARN, LOUIS, ARGUELLO, TROCHE through their respective undersigned counsel, and in accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

The parties further stipulate and respectfully request that this matter be assigned to Magistrate Judge LAUREL BEELER.

SO STIPULATED.

Dated:  April 26, 2022                              POINTER & BUELNA, LLP

                                                    LAWYERS FOR THE PEOPLE

                                                    /s/ Patrick Buelna
                                                    PATRICK BUELNA
                                                    Attorney for PLAINTIFF


Dated:  April 26, 2022

                                                    /s/ Noah Blechman (Auth. 4-29-22)
                                                    NOAH BLECHMAN
                                                    Attorney for DEFENDANTS


IT IS SO ORDERED.

_____ RS                                  DATE: 5/18/2022
Judge Richard Seeborg for Judge Saundra B Armstrong